IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RICHARD RUSS, | CASE NO. 13-64300 |
| Debtor. | JUDGE DIEHL |

_____

## MOTION TO APPROVE OFFER AND COMPROMISE

COMES NOW, Richard Russ, Debtor in the above styled Chapter 13 case, by and through his attorney, and files this Motion to Approve Offer and Compromise, and show the Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151 et seq. and 11 U.S.C. 101 et seq.

2.

Venue is appropriate pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(A).

4.

Debtor filed for relief in the above-styled Chapter 13 case on June 29, 2013

5.

Prior to the filing of this case, Debtor was making payments to the Internal Revenue Service ("IRS") under an Offer and Compromise Agreement ("OC"). The terms of OC required the Debtor to complete the arranged set of payments by dates set forth in the OC.

6.

Debtor was under the belief all payments had been made and his outstanding tax debt would be lowered per the OC.

7.

The IRS filed Proof of Claim 1-4 assessing the Debtor for a Secured debt in the

amount $4,725.00, and priority debt of $5,563.07. Upon numerous discussions between the Debtor, the Offer and Compromise Department, Debtor's Counsel, and the IRS agent who filed the Proof of Claim, there appears to have been a miscommunication as to the last payment due under the OC. Unknown to the Debtor, the last payment under the OC had not been made thus the filing of this Bankruptcy case nullified the OC.

8.

The Debtor requests the Court upon approval of this Motion permit the Debtor to amend his Chapter 13 Plan to direct the Chapter 13 Trustee to disburse $175.00 to the IRS upon Confirmation of the Chapter 13 Plan. This payment will represent and be equivalent to the final payment which was missed under the OC prior to the filing this case. The Chapter 13 Trustee and IRS are aware of the Debtor's intention to file said Plan amendment. Upon receipt of the $175.00, the IRS will amend its Proof of Claim to reflect no outstanding priority nor secured tax liability is owed.

WHEREFORE Debtor prays:

(a) That the Court approve this Motion to Offer and Compromise

(b) That this Court grant such other and further relief as it may deem just and proper.

This April 2, 2014.

Respectfully Submitted,
Amit Patel    /S/
Amit Patel
GA Bar No. 697014
Robert J. Semrad & Associates
101 Marietta Street NW
Suite 3600
Atlanta, GA 30303
(678) 668-7167

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    CHAPTER 13

RICHARD RUSS,                    CASE NO. 13-64300

       Debtor.                           JUDGE DIEHL

_____

**NOTICE OF HEARING**

      PLEASE TAKE NOTICE that Richard Russ has filed a Motion to Approve Offer and Compromise and related papers with the Court.

      PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Retain Excess Insurance Proceeds in Courtroom **1201**, United States Courthouse, 75 Spring Street, SW. Atlanta, Georgia at **10:00 AM** on **May 6, 2014**.

      Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.

      If you file a written response, you must attach a certificate stating when, how, and on whim (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                                                          Respectfully Submitted,

                                                          Amit Patel___/S/
                                                          Amit Patel
                                                          GA Bar No. 697014
                                                          Robert J. Semrad & Associates
                                                          101 Marietta Street NW
                                                          Suite 3600
                                                          Atlanta, GA 30303
                                                          (678) 668-7167

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                         CHAPTER 13

RICHARD RUSS,                                  CASE NO. 13-64300

　　　Debtor.                                  JUDGE DIEHL
_____

**CERTIFICATE OF SERVICE**

　　　I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion & Notice of Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Untied States Attorney's Office
Richard B. Russell Federal building
75 Spring St., S.W.
Suite 600
Atlanta, GA 30308

Special Assistant United States Attorney
401 W. Peachtree Street, N.W.
Stop 1000-D
Suite 600
Atlanta, GA 30308

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Attn: Lisa D. Smith
Insolvency Unit
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

Department of Justice, Tax Division
Civil Trial Section, Southern Region

P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

    (*See attached matrix for additional creditors served*)

    I further certify that, by agreement of parties, Mary Ida Townson, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: April 2, 2014

                                      Respectfully Submitted,
                                      Amit Patel   /S/
                                      Amit Patel
                                      GA Bar No. 697014
                                      Robert J. Semrad & Associates
                                      101 Marietta Street NW
                                      Suite 3600
                                      Atlanta, GA 30303
                                      (678) 668-7167

Allied Collection Svcs
8550 Balboa Blvd Ste 232
Northridge, CA 91325

Capital One Bank
26525 N Riverwoods Blvd
Mettawa, IL 60045

Credit Collection
Po Box 9134
Needham, MA 02494

Credit One Bank
Po Box 98875
Las Vegas, NV 89193

Dept Of Ed/Aspire Resolution
1200 N 7th St
Harrisburg, PA 17102

Equitable Gas Company
c/o Yukevich, Marchetti, Lieka
11 Stanwix Street, Ste 1024
Pittsburgh, PA 15222

Equitable Gas Company
David L. Porges
PO Box 6766
Pittsburgh, PA 15212

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd. Suite 17200
Atlanta, GA 30345-3205

Peach State Federal Credit Union
175 N Clayton St
Lawrenceville, GA 30046

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW
STOP 1000-D, Suite 600
Atlanta, GA 30308

Springleaf Financial Services
3910 N Druid Hills Rd
Decatur, GA 30033

United States Attorney's Office
75 Spring Street, S.W.
Suite 600 U.S. Courthouse
Atlanta, GA 30303-3309

Wells Fargo Dealer Services
Po Box 1697
Winterville, NC 28590