

**IT IS ORDERED as set forth below:**

**Date: May 29, 2014**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RICHARD RUSS, | CASE NO. 13-64300-MGD |
| Debtor. | |

### ORDER ON DEBTOR'S MOTION TO APPROVE OFFER AND COMPROMISE

Debtor filed a Motion to Approve Offer and Compromise on April 2, 2014 (Doc. No. 24), and set it for hearing May 6, 2014. At the hearing, counsel for the Debtor and counsel for the Chapter 13 Trustee appeared. No appearances were made by any other party in interest, and no objections to the motion were timely filed. After review of the case and for good cause shown, it is hereby

**ORDERED** that Debtor's "Motion to Approve Offer and Compromise" is

**GRANTED:** The Debtor is allowed to amend his Chapter 13 Plan to include $175.00 to be paid to the Internal Revenue Service as outlined in the motion. It is

**FURTHER ORDERED** that upon The Internal Revenue Service receipt of payment in the amount of $175.00 from the Chapter 13 Trustee, The Internal Revenue Service will amend their Proof of Claim to $0.00 to reflect that there is no outstanding priority nor secured tax liabilities owed.

**[END OF DOCUMENT]**

PRESENTED BY:

<u>Michael Allain      /S</u>
Michael Allain
Attorney for Debtor
GA Bar No. 698790
101 Marietta Street, NW
Suite 3600
Atlanta, GA 30303
(678) 668-7160


NO OPPOSITION BY:

<u>K. Edward Safir  w/express permission/s/</u>
K, Edward Safir
GA Bar No.: 622149
Attorney for Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street
Suite 2200
Atlanta, GA 30303
404-525-1110

## Distribution List

**Mary I. Townson**
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NW
Atlanta, GA 30303

**John Forbes**
Robert J. Semrad & Associates
101 Marietta Street
Suite 3600
Atlanta, GA 30303

Untied States Attorney's Office
Richard B. Russell Federal building
75 Spring St., S.W.
Suite 600
Atlanta, GA 30308

Special Assistant United States Attorney
401 W. Peachtree Street, N.W.
Stop 1000-D
Suite 600
Atlanta, GA 30308

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Attn: Lisa D. Smith
Insolvency Unit
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

Department of Justice, Tax Division
Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044